IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GLENN D. KAUP,                     )
                                   )
            Plaintiff,             )              4:07CV3007
                                   )
        v.                         )
                                   )
MICHAEL J. ASTRUE,                 )              ORDER
COMMISSIONER OF THE SOCIAL         )
SECURITY ADMINISTRATION,           )
                                   )
            Defendant.             )
                                   )

        IT IS ORDERED:

        Defendant's motion for extension of time, filing 20, is
granted in part, and

        1.  The deadline for defendant to file a brief in response
to plaintiff's brief is extended from June 28 to July 16, 2007.

        2.  Plaintiff may file a reply brief by July 30, 2007.

        3.  The case shall be ripe for decision on August 3, 2007.

        DATED June 29, 2007.

                                BY THE COURT:

                                s/ David L. Piester

                                David L. Piester
                                United States Magistrate Judge