IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GLENN D. KAUP, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3007 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion to reverse and remand this case for further proceedings, filing 22, is granted. Judgment will be entered by separate order.

DATED this 16th day of July, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge