IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GLENN D. KAUP, | ) | 4:07CV3007 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

    Pursuant to the memorandum and order entered this date, judgment is entered for Plaintiff and against Defendant, providing that Plaintiff is awarded attorney fees in the amount of $4,815.31.

    DATED: October 15, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge