IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GLENN D. KAUP, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3007 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion, filing 33, to amend the order of October 15, 2007, is granted and the Memorandum and Order (filing 30) is amended by deleting paragraph number 3.

DATED this 19th day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge